## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION  - LEXINGTON
## CIVIL ACTION NO. 08-299-ART

**SANDRA CROUCH**                             )
                                              )
      Plaintiff                         )
                                              )
v.                                            )
                                              )
**RIFLE COAL COMPANY, LLC**                   )
                                              )
      Defendant                         )

---

## SUPPLEMENTAL MOTION FOR ATTORNEY FEES

---

      Comes the Plaintiff, Sandra Crouch ("Crouch"), through counsel, pursuant to FRCP 54(d) and Local Rule 54.4, and hereby moves the Court to award the Plaintiff $15,645 in supplemental attorney fees in this Title VII hostile work environment case for all work performed after February 12, 2010, when a putative settlement was reached and the case stricken from the Court's docket, until May 20, 2010, when Rifle Coal finally paid Crouch the money owed her pursuant to the parties' revised settlement agreement, plus the hours expended putting together this supplemental motion.[1]  Therefore, along with her initial motion for attorney fees and expenses, the Plaintiff is asking the Court to award her attorney fees and expenses totaling **$136,745**.

---

    [1]  During the conference call with Judge Thapar on April 15, 2010, when Rifle Coal's failure to timely pay Crouch the settlement money owed her was discussed, the undersigned understood the Court to direct counsel for Rifle Coal to notify the Court when his client had paid Crouch, thus consummating the parties' settlement. The Court indicated that Crouch could thereafter file a supplemental petition for attorney fees. Because Rifle Coal has not yet notified the Court of its payment to Crouch - and thus the consummation of the parties' settlement - Crouch is proceeding with her supplemental motion.

In support of this supplemental motion, the Plaintiff refers the Court to (A) the affidavit of Tony Oppegard; (B) the resume of Tony Oppegard; (C) the affidavit of attorney Ned Pillersdorf; (D) the affidavit of Lexington attorney Joe F. Childers; (E) the affidavit of Lexington attorney Thomas W. Miller, all of which were previously filed with the Court; and (F) the attached log of the supplemental hours expended on this case since February 12th.

Respectfully submitted,

*Tony Oppegard*

TONY OPPEGARD
Attorney-at- Law
P.O. Box 22446
Lexington, Kentucky 40522
859/948-9239
Attorney for Sandra Crouch

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing SUPPLEMENTAL MOTION FOR ATTORNEY FEES was served  via the Court's CM/ECF system on this 13th day of June, 2010, to Jeffrey S. Walther & W. Scott Hunt, Attorneys-at-Law, WALTHER, ROARK & GAY, P.O. Box 1598, Lexington, Kentucky 40588.

*Tony Oppegard*

TONY OPPEGARD
Attorney for Sandra Crouch