# SANDY CROUCH v. RIFLE COAL COMPANY
## *SUPPLEMENTAL TIME & EXPENSES*

| | | |
|---|---|---|
| 2/13/10 | exchange e-mail messages with Betty Jean Hall re: settlement of Sandy's case; phone conv with client | .5 |
| 2/16/10 | phone conv with client re: Judge Thapar's order concerning atty fees | .1 |
| 2/17/10 | review proposed Settlement Agreement drafted by Jeff Walther; make proposed revisions; draft e-mail message to Walther re: reasoning behind proposed revisions; scan document & e-mail to Walther & client | 2.2 |
| 2/18/10 | exchange e-mail messages with Jeff Walther re: status of our Settlement Agreement; exchange several e-mail messages and tel calls with client | 1.5 |
| 2/19/10 | exchange e-mail messages with client re: disagreement with Walther over terms of verbal settlement agreement; phone conv with client | .5 |
| 2/21/10 | exchange e-mail messages with client | .1 |
| 2/27/10 | review e-mail message from client re: settlement dispute; phone conv with client | .3 |
| 3/5/10 | phone conv with Sandy re: dispute concerning deeming some of settlement amount as "wages" with corresponding withholding deductions; send her objections I sent to Walther about this matter | .5 |
| | exchange several e-mail messages with Jeff Walther re: issue of whether Sandy agreed - as part of the settlement agreement - not to apply for employment with Rifle Coal in the future; mark up proposed settlement agreement drafted by Walther & return to him with explanation for our proposed changes; tel convs with client about this issue | 1.8 |
| 3/7/10 | exchange e-mail messages with Sandy re: my negotiations with Walther | .1 |
| 3/8/10 | exchange e-mail messages with client | .1 |
| 3/9/10 | phone conv with client; draft Motion for Extension of Time to File Atty Fees Petition and Request for the Court to Convene Conference Call Regarding Status of Case in light of the parties disagreement on the "Waiver of Re-Employment and/or Employment" clause insisted on by Rifle Coal | 1.3 |
| 3/10/10 | phone conv with 6th Circuit mediation attorney re: the impasse in the Crouch settlement negotiations; draft e-mail message to Jeff Walther | |



EXHIBIT

PENGAD 800-631-6989

re: our convs with Rod McFaull about the <u>Crouch</u> negotiations & client's willingness to waive re-employment in exchange for payment; draft e-mail message to McFaull re: counteroffer made to Walther and filing of motions with the U.S. District Court last night; phone conv with client     1.0

3/11/10     exchange lengthy e-mail messages with client re: the delay in getting her case finalized; draft e-mail messages to Betty Jean Hall re: problems with finalizing the settlement agreed upon on February 11th; send e-mail message to Jeff Walther re: attempting to finalize settlement agreement; review Rifle's response to our motion for extension of time to file atty fees petition & motion for Ct to convene conference call; draft and file Reply to Rifle Coal's Response     3.8

3/12/10     phone convs with client re: status of case; exchange e-mail messages with Betty Jean Hall     .6

3/13/10     send e-mail messages to Walther re: counteroffer & language we would require in "no re-employment" clause; draft e-mail message to client re: status of negotiations     .7

3/15/10     phone conv with 6th Circuit settlement atty re: language of "no-re-employment" clause we would require & counteroffer to be conveyed to Walther; exchange e-mail messages with Sandy     .4

3/16/10     exchange of e-mail messages with Jeff Walther re: settlement of <u>Crouch</u> case; phone conv with Rod McFaull re: case has been settled; confirmation e-mail message to McFaull; exchange e-mail messages with Walther re: stipulation of dismissal in 6th Circuit; conference call with Judge Thapar re: settlement, filing of atty fees petition; phone conv with client     1.0

3/17/10     review corrected version of settlement agreement; phone conv with client     .3

3/21/10     draft e-mail message to Sandy in response to her e-mail messages of 3/19 and today     .2

3/22/10     phone conversations with Sandy re: getting settlement agreement signed & returned to me     .3

3/23/10     send e-mail message to Jeff Walther with copy of executed signature page     .2

| | | |
|---|---|---|
| 3/28/10 | phone conv with Sandy re: arrangements for payment of settlement amount | .2 |
| 3/30/10 | research re: attorney fees | 4.5 |
| 3/31/10 | review document sent by Kate Haynes @ Walther, Roark & Gay; e-mail message to her that we need Walther's signature; phone conv with client | .2 |
| 4/5/10 | e-mail message from client; phone conv with client | .2 |
| 4/6/10 | e-mail documents to client | .2 |
| 4/10/10 | exchange e-mail messages with client re: her message of April 8th | .2 |
| 4/13/10 | tel call to Jeff Walther; leave voice mail message re: additional time to file atty fees petition; draft e-mail message to Walther re: where Sandy should pick up her settlement check; exchange of additional e-mail messages with Walther re: filing of atty fees petition; tel call from client | .5 |
| 4/14/10 | review Walther's e-mail message re: Rifle does not have the funds to pay the $107,000 owed Sandy by tomorrow's deadline, it plans on auctioning equipment in order to obtain the funds, etc.; phone conv with client re: what can be done about this breach of the settlement agreement; send response messages to Walther re: Rifle's breach & expectation that interest will be paid on amount owed | 1.0 |
| 4/15/10 | draft & file Supplement with the Court setting forth Rifle's failure to timely pay the settlement amount owed Sandy; draft & file motion to keep case on Court's docket until full payment of settlement amount is made; conference call with Judge Thapar re: filing of motion for atty fees, keeping case on docket, etc.; numerous phone convs with client; exchange e-mail messages with Betty Jean Hall re: company's failure to timely pay Sandy & what can be done | 2.3 |
| 4/16/10 | phone convs with Ned Pillersdorf & Tom Miller re: the <u>Crouch</u> litigation & obtaining atty fees affidavits from them; transmit documents to Ned and Tom for their review; read Judge Thapar's atty fees decision in <u>American Canoe Association</u>; phone conv with Sandy re: Rifle's purported auction | 1.0 |
| | work on attorney fees petition | 3.0 |

-3-

| 4/17/10 | finish work on attorney fees petition; send exhibits to the Court & opposing counsel via e-mail | 3.5 |
|---------|---|---|
| 4/18/10 | review e-mail messages from client; phone convs with client | .7 |
| 4/19/10 | phone convs with ECF help desk re: problem with filing of exhibits to atty fees petition; attempts to electronically file exhibits | .7 |
|  | phone call from client re: purported auctioning of Rifle Coal's equipment to satisfy its debt to her; draft e-mail message to Jeff Walther asking to be informed of the location and time of the auction, etc. | .4 |
|  | phone conv with Joe Childers re: obtaining atty fees affidavit from him; transmit explanation of case and atty fees documents to Joe for review; e-mail message to Joe re: his affidavit | .5 |
| 4/20/10 | exchange e-mail messages with Sandy re: what can be done to assure payment by Rifle Coal; tel conv with Rod McFaull @ 6th Circuit re: cannot file Stipulation to Dismiss because Rifle has not yet fully paid Sandy per the Settlement Agreement; tel conv with client re: my conv with McFaull & possibility of attaching assets owned by Rifle Coal | .7 |
| 4/21/10 | phone convs with client; draft follow-up e-mail message to Walther re: when and where is auction being held; tel call to 6th Circuit settlement attorney re: we cannot sign notice of dismissal because of Rifle Coal's breach of the settlement agreement | .5 |
| 4/22/10 | review e-mail messages from client & Betty Jean Hall | .1 |
| 4/23/10 | review research done by Betty Jean re: attachment of property to satisfy debt | .6 |
| 4/26/10 | draft e-mail message to client | .1 |
| 4/29/10 | review e-mail messages client has sent the past few days; draft response | .2 |
| 4/30/10 | exchange e-mail messages with client | .2 |
| 5/7/10 | review Sandy's e-mail messages of 5/2 & 5/5; draft e-mail message to Walther re: his failure to inform me of whether auction was held; e-mail message to client re: Walther's response; phone conv with client | .4 |
| 5/13/10 | review Rifle Coal's motion to strike; phone conv with Sandy re: |  |

|  | purported payment date | .2 |
| 5/16/10 | send e-mail message to Walther re: Rifle Coal's continuing failure to pay Sandy the money owed her; phone conv with client | .3 |
| 5/17/10 | review e-mail message from Walther re: Sandy can pick up $80,000 of the $97,500 still owed tomorrow and the remaining $13,500 (minus deductions) on Thursday, May 20th; send e-mail message to client; phone conv with client | .4 |
| 5/18/10 | phone conv with client re: she picked up the check for $80,000 and cashed it | .2 |
| 5/20/10 | e-mail message to client re: did she pick up the final settlement payment; phone conv with Sandy re: she has picked up the final check from Rifle | .3 |
| 6/13/10 | respond to Rifle Coal's motion to strike; work on Supplemental Motion for Attorney Fees | 4.0 |

**44.7 hours**

**x  $350 per hour**

| | |
| **Supplemental Attorney Fees =** | **$15,645** |
| **Initial Attorney Fees & Expenses =** | **$121,100** |
| **Grand Total =** | **$136,745** |